**IN THE UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

IN RE:                                          )
                                                )       CASE NO. 18 B 21260
Erica A Bryant,                                 )       HONORABLE Pamela S. Hollis
        DEBTOR                                  )       CHAPTER 13

**NOTICE OF MOTION**

To:     Glenn B Stearns, 801 Warrenville Road Suite 650, Lisle, IL 60532;


See attached Service List via U.S. Mail.

Please take notice that on May 10, 2019, at 10:45 a.m., I shall appear before the Honorable
Pamela S. Hollis in Joliet City Hall, 150 West Jefferson Street, 2nd Floor, Joliet, IL 60432 and
present the attached Motion and you may appear if you so choose.


**PROOF OF SERVICE**

The undersigned, an attorney, certifies that he sent this notice and the attached motion on April
16, 2019, to:

The Chapter 13 Trustee listed above via electronic notice;


To the attached service list via U.S. Mail with postage prepaid from the mailbox located at 20 S.
Clark Street, Chicago, IL 60603.


*/s/ Michael Spangler*
Attorney for Debtor

 The Semrad Law Firm, LLC
20 South Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625

Label Matrix for local noticing
0752-1
Case 18-21260
Northern District of Illinois
Eastern Division
Tue Apr 16 15:19:59 CDT 2019

(p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 7999
SAINT CLOUD MN 56302-7999

U.S. Bankruptcy Court
Eastern Division
219 S Dearborn
7th Floor
Chicago, IL 60604-1702

BRIDGECREST
PO Box 53087
Phoenix, AZ 85072-3087

Bridgecrest Credit Company, LLC
PO BOX 29018
PHOENIX, AZ 85038-9018

CHASE AUTO
P.O. BOX 901003 CREDIT BUREAU DISPUTE PR
FORT WORTH, TX 76101-2003

COMENITYBANK/VICTORIA
220 W SCHROCK RD
WESTERVILLE, OH 43081-2873

CREDITORS DISCOUNT & A
415 E MAIN ST
STREATOR, IL 61364-2927

Capital One, N.A.
c/o Becket and Lee LLP
PO Box 3001
Malvern PA 19355-0701

DIVERSIFIED CONSULTANT
10550 DEERWOOD PARK BLVD
JACKSONVILLE, FL 32256-0596

HYUNDAI CAPITAL AMERIC
10550 TALBERT AVE
FOUNTAIN VALLEY, CA 92708-6032

Illinois Tollway
PO Box 5544
Chicago, IL 60680-5491

KOHLS/CAPONE
PO BOX 3115
MILWAUKEE, WI 53201-3115

MERCHANTS CREDIT GUIDE
223 W JACKSON BLVD # 700
Chicago, IL 60606-6914

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Quantum3 Group LLC as agent for
Comenity Bank
PO Box 788
Kirkland, WA  98083-0788

T Mobile/T-Mobile USA Inc
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

U S DEPT OF ED/GSL/ATL
PO BOX 2287
ATLANTA, GA 30301-2287

US Department of Education
P O Box 16448
St Paul, MN 55116-0448

Verizon
by American InfoSource as agent
4515 N Santa Fe Ave
Oklahoma City, OK 73118-7901

Erica A Bryant
321 West 146th St
Riverdale, IL 60827-2715

Glenn B Stearns
801 Warrenville Road Suite 650
Lisle, IL 60532-4350

James Nowak
The Semrad Law Firm LLC
20 S. Clark St.
28th Floor
Chicago, IL 60603-1811

Michael Spangler
The Semrad Law Firm, LLC
20 S Clark St, 28th Floor
Chicago, IL 60603-1811

Patrick S Layng
Office of the U.S. Trustee, Region 11
219 S Dearborn St
Room 873
Chicago, IL 60604-2027

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Jefferson Capital Systems, LLC
PO Box 7999
St Cloud, MN 56302-9617

(d)JEFFERSON CAPITAL SYSTEMS LLC
PO Box 7999
St Cloud MN 56302

Portfolio Recovery Associates, LLC
Successor to CAPITAL ONE BANK (USA) N.A.
POB 41067
Norfolk, VA 23541


End of Label Matrix
Mailable recipients    24
Bypassed recipients     0
Total                  24

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | CASE NO. 18 B 21260 |
| Erica A Bryant, | ) | HONORABLE Pamela S. Hollis |
| | ) | CHAPTER 13 |
| DEBTOR. | ) | |

## MOTION TO MODIFY PLAN

NOW COMES the Debtor, Erica A Bryant, by and through Debtor's attorneys, The Semrad Law Firm, LLC and hereby moves this Honorable Court to modify the Chapter 13 Plan, and Debtor states the following:

1. On July 30, 2018, the Debtor filed a petition for relief pursuant to Chapter 13 Title 11 U.S.C.

2. On September 21, 2018, this Honorable Court confirmed the Debtor's Chapter 13 Plan.

3. The confirmed Chapter 13 Plan allows for secured creditors to be paid 100% of their allowed claims, and general unsecured creditors without priority to be paid 10% of their allowed claims.

4. The confirmed Chapter 13 Plan requires the Debtor to make payments to the Chapter 13 Trustee in the amount of $500.00 on a monthly basis for 36 months.

5. Debtor fell behind on her payments because she lost her full-time job. As a result, Debtor accrued a default with the Chapter 13 Trustee plan payments.

6. Debtor is now back to work full-time and is in a position to resume making payments going forward.

7. Debtor is seeking to defer the current default to the end of the plan.

8. Debtor respectfully requests this Honorable Court to defer the current plan default to the end of the plan.

9. Debtor has filed the instant case in good faith and intends to complete the plan of reorganization.

WHEREFORE, Debtor prays this Honorable Court for the following relief:

  A. To modify the Debtor's Chapter 13 Plan in order to defer the current plan default to the end of the plan;

  B. For any further relief as the Court may deem fair and proper.

Respectfully submitted,

__/s/ Michael Spangler_____
Attorney for Debtor

The Semrad Law Firm, LLC
Attorney for Debtor
20 S. Clark Street, 28th Floor
Chicago, IL 60603
(312) 913-0625